UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL DUGAN, and similarly situated individuals,

    Plaintiff,

v.

Case No. 5:12-cv-233-Oc-99TJC-TBS

COACH'S HALFTIME, INC., COACH'S HALFTIME OF DUNNELLON, INC., TIJUANA WILLIS CAFE AND CANTINA, INC., CECIL C. EVERETT,

    Defendant.

_____

ORDER

Pending before the Court is Defendants' Motion to Dismiss filed by Cecil C. Everett on behalf of himself and the three corporate defendants. (Doc. 8). Plaintiff has filed a response in opposition to the motion. (Doc. 9).

It does not appear that Mr. Everett is a lawyer, let alone an attorney admitted to the Bar of this Court. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel." Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). Local Rule 2.03(e) also provides that a corporation can be heard only through counsel. Accordingly, by June 27, 2012, Defendants, Coach's Halftime, Inc., Coach's Halftime of Dunnellon, Inc., and Tijuana Willis Cafe and Cantina, Inc. shall retain counsel and such counsel shall file a notice of appearance.

Defendants' Motion To Dismiss (Doc. 8) is DENIED without prejudice to renewal if appropriate after counsel is retained. All Defendants shall file a response to Plaintiff's Complaint by July 11, 2012.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on June 13, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All counsel
    Pro se parties