UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL DUGAN, and similarly situated individuals,

          Plaintiff,

v.                                        Case No.  5:12-cv-233-Oc-99TJC-TBS

COACH'S HALFTIME, INC., COACH'S HALFTIME OF DUNNELLON, INC., TIJUANA WILLIS CAFE AND CANTINA, INC., CECIL C. EVERETT,

          Defendant.
_____

## ORDER

Pending before the Court is Defendants' Motion to Extend (Doc. 12) filed by Cecil C. Everett on behalf of himself and the three corporate defendants.

On June 13, 2012, the Court advised the corporate defendants that they must appear through counsel, directed them to retain counsel by June 27, 2012 and to respond to plaintiff's complaint by July 11, 2012. (Doc. 10).  Everett represents that he has not received any notice from the court that legal counsel is required for the corporate defendants and that he was not advised of this requirement until June 22, 2012 when Plaintiff's counsel told him.[1]  Accordingly, the corporate defendants request additional time to retain counsel.

While the Court will give defendants some additional time, thirty days is excessive.  Defendants' Motion to Extend (Doc. 12) is GRANTED to the extent that defendants, Coach's Halftime, Inc., Coach's Halftime of Dunnellon, Inc., and Tijuana

---

[1] The docket reflects that the Order was mailed to Everett at his address on record with the Clerk's Office.

Willis Cafe and Cantina, Inc. shall retain counsel and such counsel shall file a notice of appearance no later than July 13, 2012.  All defendants shall file a response to plaintiff's complaint by July 27, 2012.  Defendants should make every effort to meet these deadlines as the Court will not grant further extensions absent extraordinary circumstances.  With respect to the FLSA Scheduling Order (Doc. 11-1), those deadlines will begin to run from July 13, 2012, or the date that counsel files a notice of appearance if that is earlier.

      IT IS SO ORDERED.

      DONE AND ORDERED in Ocala, Florida, on June 27, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
    All counsel
    Pro se parties